J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 250235)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
520 East Wilson Ave., Suite 200
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Disney Enterprises, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc., | Case No. |
| Plaintiff, | COMPLAINT FOR COPYRIGHT INFRINGEMENT; TRADEMARK INFRINGEMENT |
| v. | DEMAND FOR A JURY TRIAL |
| Custom Zone, Inc. d/b/a Custom Zone, Ruslan Gasimov a/k/a Russo Gasimov, and Does 1 – 10, inclusive, | |
| Defendants. | |

Plaintiff Disney Enterprises, Inc. ("DEI") for its Complaint alleges as follows:

### Allegations Common to All Claims for Relief

**A.    Jurisdiction and Venue**

1.    The claim for trademark infringement under the Lanham Trademark Act, as amended, 15 U.S.C., § 1051, *et seq*., alleges the unauthorized use in interstate commerce of famous and distinctive marks.  The Court has jurisdiction over the subject matter of these claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331 and § 1338.  The cause of action for copyright infringement arises pursuant to 17 U.S.C. § 101, *et seq.*  The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and § 1338(a).

2.    Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1391(b), § 1392 and § 1400(a).

**B.    Introduction**

3.    This case concerns the concerted, systematic and wholesale theft of various world-famous intellectual properties owned by DEI.  Defendants, despite prior written notice, are engaged in the manufacture, importation, distribution, promotion, sale and offer for sale of infringing apparel and related products, which incorporate unauthorized likenesses of animated characters or other logos owned by DEI ("Infringing Product").  Plaintiff is informed and believes that the unauthorized activity continues.  Plaintiff filed this action to combat willful sale of unlicensed and counterfeit products bearing Plaintiff's exclusive copyrights and trademarks.

**C.    Plaintiff DEI**

4.    DEI is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

5.    DEI is a subsidiary of The Walt Disney Company ("Disney").  Disney, together with its subsidiaries, is a diversified worldwide entertainment company with operations in five business segments: Media Networks, Parks and Resorts, Studio Entertainment, Consumer Products and Interactive Media.  Media Networks comprises international and domestic cable networks and its broadcasting business; Parks and Resorts comprises resorts and theme parks around the world, Disney Cruise Line and also licensed theme parks such as Tokyo Disney Resort in Japan; Studio Entertainment comprises live-action and animated theatrical and video motion pictures, musical recordings and live stage plays; Consumer Products comprises relationships with licensees, manufacturers, publishers and retailers throughout the world to design, develop, publish, promote and sell a wide variety of products based on DEI's intellectual property as well as its own Publishing and Retail; Interactive Media Group creates and delivers branded entertainment games and lifestyle content across interactive media platforms.

6.    A significant aspect of DEI's business is the merchandising and licensing of distinctive elements associated with its motion picture, television

programs.  The distinctive elements licensed and/or merchandised by DEI include, but are not limited to, the world-famous characters featured in numerous animated short films, feature length motion pictures and television programs produced over a period of more than seventy years, including, but not limited to, *Mickey Mouse, Minnie Mouse* and others (hereinafter referred to as the "DEI Characters").

7.     The revenue from products which use the DEI Characters is substantial. The appearance and other features of the DEI Characters are inherently distinctive and serve to identify DEI and its licensees as the source of products bearing the DEI Characters.  The design, configuration and distinctive features of the DEI Characters and other DEI copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as "DEI Copyrighted Designs"), are wholly original with DEI and, as fixed in various tangible media, including merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., Sections 101, *et seq*.  DEI is the owner of DEI's Copyrighted Designs and, as featured on in connection with various merchandise, constitute copyrightable subject matter under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

8.     DEI, and its predecessors in interest have complied in all respects with the laws governing copyright and have secured the exclusive rights and privileges in and to the copyrights to DEI's Copyrighted Designs, and DEI owns one or more certificates of registration for works in which each of DEI's Copyrighted Designs appear.  A representative list of copyright registrations for DEI's Copyrighted Designs is attached hereto as Exhibit A.

9.     Products featuring DEI's Copyrighted Designs which are manufactured, sold and distributed by DEI or under its authority have been manufactured, sold and distributed in conformity with the provisions of the copyright laws.  DEI and those acting under its authority have complied with their obligations under the copyright laws, and DEI, in its own right or as successor-in-interest, has at all times been and

still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights in each of DEI's Copyrighted Designs.

10. DEI is the owner of world famous registered marks which serve to distinguish DEI products ("DEI's Trademarks"). Some of those trademarks have been used continuously for over seventy years. Each year DEI spends millions of dollars to develop and maintain the considerable goodwill it enjoys in its trademarks and in its reputation for high quality. A representative list of trademark registrations for DEI's Trademarks is attached hereto as Exhibit B.

11. DEI's Trademarks are all valid, extant and in full force and effect. DEI's Trademarks are all exclusively owned by DEI. DEI has continuously used each of DEI's Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

12. As a result of advertising and sales, together with longstanding consumer acceptance, DEI's Trademarks identify DEI's products and authorized sales of these products. DEI's Trademarks have each acquired secondary meaning in the minds of consumers throughout the United States and the world. DEI's Characters, Copyrighted Designs and Trademarks are collectively referred to herein as DEI's Properties.

**D. Defendants**

13. Plaintiff is informed and believes, and upon that basis alleges, that Defendant Custom Zone, Inc. ("CZI") is a California corporation, which does business as Custom Zone, with its principal place of business in Palm Desert, California. CZI is subject to the jurisdiction of this Court and is manufacturing, promoting, distributing, advertising and/or selling merchandise which infringes DEI's Properties within this judicial district.

14. Defendant Ruslan Gasimov a/k/a Russo Gasimov ("Gasimov") is an individual and, upon information and belief, a resident of El Cajon, California, County of San Diego, and State of California. Plaintiff is informed and believes, and

upon that basis alleges, that Gasimov is a principal and/or supervisory employee of CZI and/or does business as Custom Zone in this judicial district, located in Riverside County, State of California.  Plaintiff is further informed and believes, and based thereon alleges, that Gasimov had the right and ability to supervise or control the infringing activity alleged herein and that he had direct financial interest in such activity.  In addition or alternatively, Gasimov had knowledge or reason to know of the infringing activity and took actions that contributed to such activity.

15.     Upon information and belief, Does 1 – 10 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of this Court.  Upon information and belief, Does 1 – 10 are principals or supervisory employees of CZI, suppliers of the named defendants or other entities or individuals who are manufacturing, distributing, selling and/or offering for sale merchandise in this judicial district which infringes some or all of DEI's Properties.  The identities of the various Does are unknown to DEI at this time.  The Complaint will be amended to include the names of such individuals when identified.  The named defendants and Does 1 – 10 are collectively referred to herein as "Defendants."

**E.     <u>Defendants' Infringing Activities</u>**

16.     Upon information and belief, long after DEI's adoption and use of DEI's Properties on a diverse range of goods, and after DEI obtained the copyright and trademark registrations alleged above, Defendants adopted and used substantially identical likenesses of DEI's Properties on Infringing Product, without DEI's consent, by manufacturing, importing, advertising, displaying, distributing, selling and/or offering to sell the Infringing Product.  Defendants have caused the Infringing Product to enter into commerce and to be transported or used in commerce.  Defendants are not licensed by DEI and at all relevant times were not authorized by DEI or any authorized agent of DEI to manufacture, import, distribute,

sell and/or offer for sale the Infringing Product.  Defendants are currently engaged in such uses and, unless enjoined by this Court, will continue such unauthorized uses.

17.    By engaging in this conduct, Defendants have acted in willful disregard of laws protecting DEI's goodwill and related proprietary rights and have confused and deceived, or threaten to confuse and deceive, the consuming public concerning the source and sponsorship of the products.  By their wrongful conduct, Defendants have traded upon and diminished DEI's goodwill.

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement)

18.    DEI repeats and realleges all of the allegations contained in paragraphs 1 through 17, inclusive, as though set forth herein in full.

19.    DEI is informed and believes, and upon that basis alleges, that the Defendants have each obtained gains, profits and advantages as a result of their infringing acts in amounts within the jurisdiction of the Court.

20.    DEI is informed and believes, and upon that basis alleges, that it has suffered and continues to suffer direct and actual damages as result of Defendants' infringing conduct as alleged herein, in amounts within the jurisdiction of this Court. In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, DEI will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Infringing Product as alleged herein.  In the alternative, DEI may elect to recover for each of its respective copyrighted works infringed, statutory damages pursuant to 17 U.S.C. § 504(c).

21.    DEI has no other adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts.  DEI is informed and believes, and upon that basis alleges, that, unless enjoined by the Court, the unlawful infringement by Defendants of the DEI Characters will

1    continue with irreparable harm and damage to DEI.  Accordingly, DEI seeks and

2    requests and permanent injunctive relief pursuant to 17 U.S.C § 502.

3          22.    By reason of the foregoing, DEI has incurred and will continue to incur

4    attorneys' fees and other costs in connection with the prosecution of its claims

5    herein, which attorneys' fees and costs DEI is entitled to recover from the

6    Defendants, and each of them, pursuant to17 U.S.C. § 505.

7                          **SECOND CLAIM FOR RELIEF**

8                          **(For Trademark Infringement)**

9          23.    DEI repeats and realleges all of the allegations contained in paragraphs

10   1 through 17, inclusive, as though set forth herein in full.

11         24.    Defendants' manufacture, importation, advertisement, display,

12   promotion, marketing, distribution, sale and/or offer for sale of the Infringing

13   Product is likely to cause confusion or to cause mistake or to deceive the relevant

14   public and trade regarding the affiliation, sponsorship, endorsement or approval of

15   the Infringing Product by DEI.  Such confusion, mistake and deception is aggravated

16   by the confusing similarity between DEI's Properties and the use of substantially

17   identical likenesses on the Infringing Product in the same type of goods made,

18   imported and sold by or under authority of DEI.

19         25.    DEI is informed and believes and, upon that basis alleges, that

20   Defendants, and each of them, acted with knowledge of the federally registered

21   trademarks alleged herein and of the valuable goodwill DEI enjoys in connection

22   therewith, with intent to confuse, mislead and deceive the public into believing that

23   the Infringing Product was made, imported and sold by DEI, or are in some other

24   manner, approved or endorsed by DEI.

25         26.    DEI has suffered and continues to suffer irreparable harm and damage

26   as a result of Defendants' acts of trademark infringement in amounts thus far not

27   determined but within the jurisdiction of this Court, which amounts should each be

28   trebled pursuant to 15 U.S.C. § 1117.  In order to determine the full extent of such

1  damages, including such profits as may be recoverable under 15 U.S.C. § 1117, DEI

2  will require an accounting from each Defendant of all monies generated from the

3  manufacture, importation, distribution and/or sale of the Infringing Product as

4  alleged herein.  In the alternative, DEI may elect to recover statutory damages

5  pursuant to 15 U.S.C. § 1117(c).

6       27.    DEI has no other adequate remedy at law and has suffered and

7  continues to suffer irreparable harm and damage as a result of the above-described

8  acts of infringement.  DEI is informed and believes, and upon that basis alleges, that,

9  unless enjoined by the Court, the unlawful infringement will continue with

10  irreparable harm and damage to DEI.  Accordingly, DEI seeks and requests

11  preliminary and permanent injunctive relief pursuant to 15 U.S.C § 1116.

12       28.    By reason of the foregoing, DEI has incurred and will continue to incur

13  attorneys' fees and other costs in connection with the prosecution of its claims

14  herein, which attorneys' fees and costs DEI is entitled to recover from Defendants,

15  and each of them, pursuant to 15 U.S.C. § 1117(c).

16  **PRAYER FOR RELIEF**

17  WHEREFORE, DEI demands:

18  A.    That Defendants, their agents, servants, employees, representatives,

19  successor and assigns, and all persons, firms, corporations or other entities in active

20  concert or participation with any of said Defendants, be immediately and

21  permanently enjoined from:

22       1.    Directly or indirectly infringing DEI's Properties in any manner,

23  including generally, but not limited to, manufacture, importation, distribution,

24  advertising, selling and/or offering for sale any merchandise which infringes

25  the said DEI's Properties, and, specifically:

26       2.    Importing, manufacturing, distributing, advertising, selling and/or

27  offering for sale the Infringing Product or any other unauthorized products

28

which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of DEI's Properties;

3.      Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of DEI's Properties;

4.      Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with DEI, are sponsored, approved or licensed by DEI or are in some way affiliated with DEI;

5.      Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of DEI;

6.      Otherwise competing unfairly with DEI in any manner;

7.      Destroying or otherwise disposing of

a.      Merchandise falsely bearing DEI's Properties;

b.      Any other products which picture, reproduce, copy or use the likenesses of  or bear a substantial similarity to any of DEI's Properties;

c.      Any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of DEI's Properties;

d.     Any molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing DEI's Properties;

e.     Any sales and supply or customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the manufacture, purchase, advertising, sale or offering for sale of the Infringing Product;

B.     That DEI and its designees are authorized to seize the following items which are in Defendants' possession, custody or control:

1.     All unauthorized products bearing DEI's Properties, or likenesses thereof;

2.     Any other unauthorized products which reproduce, copy, counterfeit, imitate or bear any of DEI's Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to DEI's Properties;

3.     Any labels, packages, wrappers, containers and any other unauthorized promotional or advertising material which reproduce, copy, counterfeit, imitate or bear any of DEI's Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to DEI's Properties;

4.     Any molds, screens, patterns, plates, negatives, machinery or equipment used for making or manufacturing the Infringing Product or unauthorized items which bear DEI's Properties or which bear a substantial similarity to any of DEI's Properties.

C.     That those Defendants infringing upon DEI's Properties be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at DEI's election;

1       D.     That actual damages be trebled pursuant to 15 U.S.C. § 1117;

2       E.     That Defendants account for and pay over to DEI all damages sustained

3   by DEI and profits realized by Defendants by reason of Defendants' unlawful acts

4   herein alleged and that those profits be increased as provided by law;

5       F.     That DEI recover from Defendants its costs of this action and reasonable

6   attorneys' fees; and

7       G.     That DEI have all other and further relief as the Court may deem just

8   and proper under the circumstances.

9

10   Dated: September 24, 2015       J. Andrew Coombs, A Professional Corp.

11

12                          By: _____

13                               J. Andrew Coombs
                            Annie S. Wang
                            Attorneys for Plaintiff Disney Enterprises, Inc.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Disney Enterprises, Inc. hereby demands a trial by jury of all issues so triable.

Dated:  September 24, 2015

J. Andrew Coombs, A Professional Corp.

By: _____
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiff Disney Enterprises, Inc.

<u>**EXHIBIT A**</u>

<u>**DEI'S COPYRIGHTED DESIGNS**</u>

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 85 651 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | **Snow White and the Seven Dwarfs** | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |
| R 346 876 | Grumpy | Drawings |

| R 346 871 | Happy | Drawings |
|---|---|---|
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | **Pinocchio** | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | **Fantasia** | Motion Picture |
| R 433 627 | **The Reluctant Dragon** | Motion Picture |
| R 442 538 | **Dumbo** | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | **Bambi** | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | **Saludos Amigos** | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | **The Three Caballeros** | Motion Picture |
| R 550 316 | **Make Mine Music** | Motion Picture |
| R 557 922 | **Song of the South** | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | **Fun and Fancy Free** | Motion Picture |
| R 605 180 | **Melody Time** | Motion Picture |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** | Motion Picture |
| R 648 396 | **Cinderella** | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | **Alice in Wonderland** | Motion Picture |
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |

| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
|---|---|---|
| VA 58 921 | Alice – 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | **Peter Pan** | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | **Lady and the Tramp** | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | **Sleeping Beauty** | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | **One Hundred and One Dalmatians** | Motion Picture |
| RE 546 478 | **The Sword in the Stone** | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | **Mary Poppins** | Motion Picture |
| RE 705 510 | **The Jungle Book** | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | **The Aristocats** | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| VA 1-099-033 | Marie Valentine Spring 2002 | Style Guide |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | **Robin Hood** | Motion Picture |
| Gu 46 582 | Robin Hood | Drawing |

| Gu 46 583 | Little John | Drawing |
|---|---|---|
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |
| VAu 104 921 | Dodger Construction Sheets | Model Sheet |

| | | |
|---|---|---|
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |

| | | |
|---|---|---|
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | **The Lion King** | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion  King - Young Nala | Model Sheet |
| VAu  245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu  245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - Frollo | Model Sheet |

| | | |
|---|---|---|
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| PA 901 890 | **A Bug's Life*** | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2  - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |
| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |

| PA 974 011 | **Dinosaur** | Motion Picture |
|---|---|---|
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Sheet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emperor's New Groove** | Motion Picture |
| VA 999 573 | Emporer's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| PA 1-250-536 | **The Incredibles** | Motion Picture |
| VA 1-242-351 | The Incredibles | Style Guide |
| PA 1-322-908 | **Cars** | Motion Picture |
| VA 1-326-323 | Cars – Style Guide | Style Guide |
| VA 1-403-647 | Hannah Montana – Branding Guide | Style Guide |
| PA 659-601 | **Tim Burton's The Nightmare Before Christmas** | Motion Picture |
| PA 1-313-530 | **High School Musical** | Motion Picture |
| VA 1-405-082 | High School Musical – Branding Guide | Style Guide |
| PA 1-627-575 | **Hannah Montana the Movie** | Motion Picture |
| PA 1-635-067 | **Up** | Motion Picture |
| PA 1-641-991 | **G-Force** | Motion Picture |
| PA 1-606-305 | **Wall-E** | Motion Picture |
| VA 1-663-815 | Wall-E – Branding and Supplement Style Guide RSM 2008 | Style Guide |
| PA 1-598-561 | **High School Musical 2** | Motion Picture |
| VA 1-651-813 | High School Musical 2 – Summer 2008 Style Guide Supplement | Style Guide |
| PA 1-613-593 | **High School Musical 3: Senior Year** | Motion Picture |
| VA 1-655-713 | Beverly Hills Chihuahua | One Sheet |
| PA 1-611-956 | **Beverly Hills Chihuahua** | Motion Picture |
| Pau 2-921-728 | Little Mermaid III: Ariel's Beginning | Screenplay |
| VA 515-038 | Little Mermaid III: Ariel's Beginning | Comic Book |
| PA 1-623-231 | **Bedtime Stories** | Motion Picture |
| PA 1-588-972 | **Underdog** | Motion Picture |
| PA 1-595-126 | **Enchanted** | Motion Picture |
| PA 1-332-118 | **Meet the Robinsons** | Motion Picture |
| VA 1-358-218 | Meet the Robinsons—Style Guide | Style Guide |
| PA 1-122-518 | **Cinderella II : Dreams come true / produced by Walt Disney Television** | Motion Picture |

| | Animation ; directed by John Kafka | |
|---|---|---|
| PA 1-612-331 | **Cinderella III: A Twist in Time** | Motion Picture |
| PA 1-611-943 | **Tinker Bell** | Motion Picture |
| PA 1-617-950 | **Bolt** | Motion Picture |
| VA 1-663-828 | Bolt – Fall/Winter Style Guide 2008 | Style Guide |
| PA 1-688-323 | **Toy Story 3** | Motion Picture |
| VA 1-800-737 | Toy Story 3: GC Product Dev – Style Guide – Spring/Summer 2010 | Style Guide |
| PA 1-348-114 | **Handy Manny: no. 1-01** | Motion Picture |
| VAu 959-473 | Handy Manny Design Pack – Characters | Drawings |
| VA 1-650-599 | Handy Manny Repair Shop – Spring/Summer 2008 Product Development Guide | Style Guide |
| PA 1-224-960 | Pirates of the Caribbean: The Curse of the Black Pearl | Motion Picture |
| PA 1-322-906 | Pirates of the Caribbean: Dead Man's Chest | Motion Picture |
| PA 1-334-112 | Pirates of the Caribbean: At World's End | Motion Picture |
| PA 1-737-564 | Pirates of the Caribbean: On Stranger Tides | Motion Picture |
| PA 1-742-101 | Cars 2 | Motion Picture |
| VAu 1-089-554 | Cars 2: Professor Z | Visual Material |
| VA 1-781-144 | Cars 2: Tokyo City - Mini | Visual Material |
| PA 1-814-870 | Wreck-It Ralph | Motion Picture |
| VAu 1-116-667 | Wreck-It Ralph: Adorabeezle Winterpop | Model Sheet |
| VAu 1-116-688 | Wreck-It Ralph: Duncan | Model Sheet |
| VAu 1-116-686 | Wreck-It Ralph: King Candy | Model Sheet |
| VAu 1-116-671 | Wreck-It Ralph: Gloyd Orangboar | Model Sheet |
| PA 1-800-721 | Brave | Motion Picture |
| VAu 1-093-274 | Brave: Angus | Model Sheet |
| VAu 1-089-531 | BRAVE: Family – King Fergus, Queen Elinor, Merida & Royal Triplets Harris, Hubert & Hamish | Visual Material |
| VA 1-814-373 | Brave: General Art Guide | Visual Material |
| PA 1-713-579 | Tron: Legacy | Motion Picture |
| VA 1-753-501 | Tron Legacy: Vertical Banner: Olivia | Visual Material |
| VA 1-753-496 | Tron Legacy: Vertical Banner: Jeff | Visual Material |
| VA 1-753-498 | Tron Legacy: Vertical Banner: Garrett | Visual Material |
| PA 1-811-293 | Frankenweenie | Motion Picture |
| VAu 1-082-013 | Frankenweenie: Bob | Model Sheet |
| VAu 1-082-015 | Frankenweenie: Edgar "E" Gore | Model Sheet |
| VAu 1-075-939 | Frankenweenie: Mr. Frankenstein | Model Sheet |
| PA 1-856-767 | Planes | Motion Picture |
| PA 1-656-826 | **Princess and the Frog, The** | Motion Picture |
| PA 1-713-851 | **Tangled** | Motion Picture |
| PA 1-871-077 | **Frozen** | Motion Picture |
| PA 1-038-178 | **Monsters, Inc.** | Motion Picture |

| PA 1-848-339 | **Disney Pixar Monsters University** | Motion Picture |
|---|---|---|
| PA 1-146-502 | **Finding Nemo** | Motion Picture |
| PA 1-354-935 | **Ratatouille** | Motion Picture |
| PA 1-703-137 | **Tinker Bell and the Great Fairy Rescue** | Motion Picture |
| VA 1-800-738 | Tinker Bell and the Great Fairy Rescue-Global Creative P Fall 2010 | Style Guide |
| VA 1-831-654 | Doc McStuffins-Global Creative P-SS13 | Style Guide |
| VA 1-770-111 | Disney Handy Manny-Tool Team Product Design Portfolio-Preschool | Style Guide |
| VA 1-802-675 | Jake and the Neverland Pirates-Global Creative B Preschool FA12 (Disney Jr) | Style Guide |
| VA 1-850-709 | Disney Sofia the First-Global Creative P FH13 | Style Guide |
| VA 1-766-270 | Phineas and Ferb Branding Guide Global Creative Boys FA11 | Style Guide |
| VA 1-864-307 | Disney The Muppets Character Art & Photography Guide | Style Guide |

1

## EXHIBIT B

2

## DEI'S TRADEMARKS

3

4

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
5

6
|  | 3580903 | February 24, 2009 | 25 |
7

8

9
|  | 2704887 | April 8, 2003 | 16; 18; 20; 21; 24; 25 and 28 |
10

11

12
|  | 3580907 | February 24, 2009 | 25 |
13

14

15
|  | 2784058 | November 18, 2003 | 25 |
16

17

18
|  | 3450892 | June 17, 2008 | 25 |
19

20

21
|  | 1524601 | February 14, 1989 | 25 |
22

23

24
| Minnie Mouse | 3767850 | March 30, 2010 | 25 |
25
| Minnie Mouse | 3002502 | September 27, 2005 | 25 |
26

27

28